UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
HUMBERTO MORALES BERMEO, LUIS
ALBERTO CHINO AMBROSIO and NILTON M.
PAREDES, individually and on behalf of others
similarly situated,

Index No. 1:19-cv-02685

NOTICE OF APPEARANCE

*Plaintiffs,*

-against-

KYMA NYC, LLC (D/B/A KYMA), ERINEOS
CHRISTOU, JOE RAGONESE, DINO
KONSTANTATOS, DUNJA RADIN, DEJAN
BAJKOVIC, and LILA HERTZ,

*Defendants.*
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that **Tram LoPresto** of the law firm Hoffmann & Associates hereby appears as counsel for defendants KYMA NYC, LLC (D/B/A KYMA), Erineos Christou, Joe Ragonese, Dino Konstantatos, Dunja Radin, Dejan Bajkovic, and Lila Hertz and requests that all subsequent papers be served upon this firm at the address indicated below or through the Court's ECF system.

Dated: New York New York
       April 8, 2019

HOFFMANN & ASSOCIATES

By: _____/s/ Tram LoPresto_____
    Tram LoPresto
    Hoffmann & Associates
    *Attorneys for Defendants KYMA NYC, LLC (D/B/A KYMA), Erineos Christou, Joe Ragonese, Dino Konstantatos, Dunja Radin, Dejan Bajkovic, and Lila Hertz*
    450 Seventh Avenue, Suite 1400
    New York, New York 10123
    Tel (212) 679-0400
    Fax (212) 679-1080
    Tram.LoPresto@HoffmannLegal.com