```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-01-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

MORALES BERMEO et al,

                Plaintiff,

      -against-

KYMA NYC, LLC. et al,

                Defendants.

------------------------------------------------------------ x

1:19-cv-02685 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' settlement agreement filed October 10, 2019. (ECF No. 29) Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated:**   November 1, 2019
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**